WEIRFIELD HOLDING CORPORATION, Appellant, v. PLESS & SEEMAN, INC., and VANDOLPHAL HOLDING CORPORATION, Respondents.— Judgment affirmed, with costs. No opinion. Young, Kapper, Hagarty and Tompkins, JJ., concur; Lazansky, P. J., dissents and votes for reversal upon authority of *Graf* v. *Hope Building Corp.* (254 N. Y. 1).

IDA M. ALSBERG, Respondent, v. GEORGE W. MASON, Defendant, and WILLIAM J. DURANT, Intervenor, Appellant.— Order denying intervenor's motion to vacate warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

AMERICAN TRUST COMPANY, as Trustee, etc., Respondent, v. THE STRAND BUILDING CORPORATION and Others, Defendants, and NEWPO THEATRES, INC., Appellant.— Order permitting plaintiff to amend its affidavit of service *nunc pro tunc* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

FRANK E. AUSTIN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

AUSTIN NICHOLS & CO., INC., Suing in Its Behalf and in Behalf of Other Creditors Similarly Situated, Respondent, v. BENJ. FRINDEL and ISIDOR SACHS, Appellants.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs, upon the ground that the judgment is contrary to the credible evidence. Findings of fact and conclusions of law inconsistent herewith are reversed and appropriate findings and conclusions will be made. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur. Settle order on notice.

CARL F. BERTANZEL and Others, Respondents, v. WALTER MURTAGH and Others, Defendants, and JERICHO PLUMBING SUPPLY CO., INC., Appellant.— Order of the County Court of Nassau county directing appealing defendant to serve a bill of particulars of the separate defense contained in its amended answer, in so far as appealed from, affirmed, with ten dollars costs and disbursements, without prejudice to an application to the County Court to vacate the order of preclusion; the bill of particulars to be served within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.